DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

GERALD HARRELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3043
_____

April 24, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Robert Lawrence Sirianni, Winter Park, for Appellant.

PER CURIAM.

We affirm the order dismissing Gerald Harrell's motion for postconviction relief. However, we remand for correction of the scrivener's error in the directive. The order reflects that the November *20*, 2023, motion is dismissed with prejudice instead of the November *22*, 2023, motion.

LUCAS, C.J., and VILLANTI and BLACK, JJ., Concur.
_____

Opinion subject to revision prior to official publication.